FORM NLRB-502 (RC)
(2-18)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**RC PETITION**

Case No. 12-RC-329670
Date Filed: November 8, 2023

**INSTRUCTIONS:** Unless e-Filed using the Agency's website, www.nlrb.gov/, submit an original of this Petition to an NLRB office in the Region in which the employer concerned is located. The petition must be accompanied by both a showing of interest (see 6b below) and a certificate of service showing service on the employer and all other parties named in the petition of: (1) the petition; (2) Statement of Position form (Form NLRB-505); and (3) Description of Representation Case Procedures (Form NLRB 4812). The showing of interest should only be filed with the NLRB and should not be served on the employer or any other party.

**1. PURPOSE OF THIS PETITION: RC-CERTIFICATION OF REPRESENTATIVE** - A substantial number of employees wish to be represented for purposes of collective bargaining by Petitioner and Petitioner desires to be certified as representative of the employees. The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.

**2a. Name of Employer:** Pan American Grain Mfg. Inc.
**2b. Address(es) of Establishment(s) involved:** Amelia Industrial Park 9 Calle Claudia, PR Guaynabo 00969

**3a. Employer Representative – Name and Title:** Barbara Bravo
**3b. Address (If same as 2b – state same):** Amelia Industrial Park 9 Calle Claudia, PR Guaynabo 00969

**3c. Tel. No.:** (787) 273-6100
**3d. Cell No.:**
**3e. Fax No.:**
**3f. E-Mail Address:** bbravo@panamericangrain.com

**4a. Type of Establishment:** Food Processing
**4b. Principal product or service:** processing, manufacturing and distributing of grain
**5a. City and State where unit is located:** Arecibo, PR

**5b. Description of Unit Involved**
Included:
Excluded:

**6a. No. of Employees in Unit:** 48
**6b. Do a substantial number (30% or more) of the employees in the unit wish to be represented by the Petitioner?** Yes [●] No [ ]

**Check One:**
○ 7a. Request for recognition as Bargaining Representative was made on (Date) _____ and Employer declined recognition on or about _____ (Date) (If no reply received, so state).
○ 7b. Petitioner is currently recognized as Bargaining Representative and desires certification under the Act.

**8a. Name of Recognized or Certified Bargaining Agent (If none, so state):** congreso de uniones industriales
**8b. Address:** 154 Ave Barbosa, PR Cataño 00962
**8c. Tel No.:** (787) 788-0275
**8d. Cell No.:**
**8e. Fax No.:**
**8f. E-Mail Address:**

**8g. Affiliation, if any:**
**8h. Date of Recognition or Certification:** 1/1/1998
**8i. Expiration Date of Current or Most Recent Contract, if any (Month, Day, Year):** 1/1/2018

**9. Is there now a strike or picketing at the Employer's establishment(s) involved?** No    If so, approximately how many employees are participating? _____
(Name of labor organization) _____, has picketed the Employer since (Month, Day, Year) _____

**10. Organizations or individuals other than Petitioner and those named in items 8 and 9, which have claimed recognition as representatives and other organizations and individuals known to have a representative interest in any employees in the unit described in item 5b above. (If none, so state)**

**10a. Name:**
**10b. Address:**
**10c. Tel. No.:**
**10d. Cell No.:**
**10e. Fax No.:**
**10f. E-Mail Address:**

**11. Election Details:** If the NLRB conducts an election in this matter, state your position with respect to any such election.
**11a. Election Type:** [●] Manual ___ Mail ___ Mixed Manual/Mail
**11b. Election Date(s):** one month
**11c. Election Time(s):** ALL DAY
**11d. Election Location(s):** EMPLOYER FACILICITIES

**12a. Full Name of Petitioner (including local name and number):** Jorge L. Marchand Heredia, Unión de Tronquistas de Puerto Rico, Local 901
**12b. Address (street and number, city, state, and ZIP code):** PO Box 364273, PR San Juan 00936-4273
**12c. Full name of national or international labor organization of which Petitioner is an affiliate or constituent (if none, so state):** International Brotherhood of Teamsters

**12d. Tel No.:** (787) 428-3533
**12e. Cell No.:**
**12f. Fax No.:** (787) 766-1599
**12g. E-Mail Address:** jorgeluismarchand@gmail.com

**13. Representative of the Petitioner who will accept service of all papers for purposes of the representation proceeding.**
**13a. Name and Title:** JORGE LUIS MARCHAND Esq. Attorney, Jorge L. Marchand Law Office
**13b. Address (street and number, city, state, and ZIP code):** PO BOX 364273, PR San Juan 00936
**13c. Tel. No.:** (787) 428-3533
**13d. Cell No.:**
**13e. Fax No.:** (787) 766-1599
**13f. E-Mail Address:** jorgeluismarchand@gmail.com

I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.

**Name (Print):** JORGE LUIS MARCHAND Esq.
**Signature:** /s/ JLM
**Title:** Attorney
**Date:** 11/08/2023 06:01:18 PM

WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)

**PRIVACY ACT STATEMENT**
Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

Please fill all necessary fields on the form PRIOR to digitally signing. To make changes after the form has been signed, right-click on the signature field and click "clear signature." Once complete, please sign the form.

Board Exhibit 1(a)

Attachment

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case<br>12-RC-329670 | Date Filed<br>November 8, 2023 |

**Employees Included**

ALL THE FULL TIME AND REGULAR PART TIME PRODUCTION AND MAINTENANCE EMPLOYEES EMPLOYED BY THE EMPLOYER AT ITS FACILITIES

**Employees Excluded**

ALL OTHER EMPLOYEES, OFFICE CLERICAL EMPLOYEES, PROFESSIONAL EMPLOYEES, CONFIDENTIAL EMPLOYEES, GUARDS AND SUPERVISORS AS DEFINED BY THE ACT

Board Exhibit 1(a)