

# UNITED STATES OF AMERICA
# BEFORE THE NATIONAL LABOR RELATIONS BOARD
## SUBREGION 24

| | |
|---|---|
| PAN AMERICAN GRAIN MFG. INC.<br>　　　　Employer<br>and<br>UNION DE TRONQUISTAS DE PUERTO RICO, LOCAL 901<br>　　　　Petitioner<br>and<br>CONGRESO DE UNIONES INDUSTRIALES<br>　　　　Union Involved | Case 12-RC-329670 |

## NOTICE OF REPRESENTATION HEARING

The Petitioner filed the attached petition pursuant to Section 9(c) of the National Labor Relations Act. It appears that a question affecting commerce exists as to whether the employees in the unit described in the petition wish to be represented by a collective-bargaining representative as defined in Section 9(a) of the Act.

YOU ARE HEREBY NOTIFIED that, pursuant to Sections 3(b) and 9(c) of the Act, at **9:30 a.m.** on **Friday, December 1, 2023** and on consecutive days thereafter until concluded, at the National Labor Relations Board offices located at Hearing Room, 525 FD Roosevelt Ave Suite 1002, La Torre de Plaza Las Americas, San Juan, PR 00918, a hearing will be conducted before a hearing officer of the National Labor Relations Board. At the hearing, the parties will have the right to appear in person or otherwise, and give testimony.

YOU ARE FURTHER NOTIFIED that, pursuant to Section 102.63(b) of the Board's Rules and Regulations, Pan American Grain Mfg. Inc. must complete the Statement of Position and file it and all attachments with the Regional Director and serve it on the parties listed on the petition such that is received by them by no later than **noon** Atlantic Standard time on **Wednesday, November 22, 2023**. Following timely filing and service of a Statement of Position by Pan American Grain Mfg. Inc., the Petitioner must complete its Responsive Statement of Position(s) responding to the issues raised in the Employer's and/or Union's Statement of Position and file them and all attachments with the Regional Director and serve them on the parties named in the petition such they are received by them no later than **noon** Atlantic Standard on **Tuesday, November 28, 2023**.

Pursuant to Section 102.5 of the Board's Rules and Regulations, all documents filed in cases before the Agency must be filed by electronically submitting (E-Filing) through the Agency's website (www.nlrb.gov), unless the party filing the document does not have access to the means for filing electronically or filing electronically would impose an undue burden. Documents filed by means other than E-Filing must be accompanied by a statement explaining why the filing party does not have access to the means for filing electronically or filing electronically would impose an undue burden. Detailed instructions for using the NLRB's E-Filing system can be found in the E-Filing System User Guide

The Statement of Position and Responsive Statement of Position must be E-Filed but, unlike other E-Filed documents, must be filed by **noon** Atlantic Standard on the due date in order to be timely. If an election agreement is signed by all parties and returned to the Regional Office before the due date of the Statement of Position, the Statement of Position and Responsive Statement of Position are not required to be filed. If an election agreement is signed by all parties and returned to the Regional office after the due date of the Statement of Position but before the due date of the Responsive Statement of Position, the Responsive Statement of Position is not required to be filed.

Dated: November 9, 2023

David Cohen
Regional Director
National Labor Relations Board
Region 12, By

/S/ VANESSA GARCIA

Vanessa Garcia
Officer-In-Charge
National Labor Relations Board
Subregion 24
525 F D Roosevelt Ave Ste 1002
San Juan, PR 00918-1002