FORM NLRB-760
(7-10)

UNITED STATES OF AMERICA
**NATIONAL LABOR RELATIONS BOARD**

| | |
|---|---|
| PAN AMERICAN GRAIN MANUFACTURING, CO. INC.<br>　　　　　　　　　　　Employer<br>and<br>UNION DE TRONQUISTAS DE PUERTO RICO, LOCAL 901, INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>　　　　　　　　　　　Petitioner<br>and<br>CONGRESO DE UNIONES INDUSTRIALES DE PUERTO RICO<br>　　　　　　　　　　　Involved/ party | Case No.  12-RC-329670　　　Date Filed  November 8, 2023<br>Date Issued  December 21, 2023<br>City  Guaynabo　　　　　State  PR<br>Type of Election: (Check one:)　　(If applicable check either or both:)<br>☒ Stipulation　　☐ 8(b) (7)<br>☐ Board Direction　　☐ Mail Ballot<br>☐ Consent Agreement<br>☐ RD Direction Incumbent Union (Code) |

## TALLY OF BALLOTS

The undersigned agent of the Regional Director certifies that the results of tabulation of ballots case in the election held in the above case, and concluded on the date indicated above, were as follows:

1. Approximate number of eligible voters    49    49
2. Number of Void ballots    0
3. Number of Votes cast for  Union De Tronquistas De Puerto Rico, Local 901, International Brotherhood of Teamsters    40
4. Number of Votes cast for  XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX   XXXXXXXXXXXXXX
5. Number of Votes cast for  Congreso De Uniones Industriales De Puerto Rico    6
6. Number of Votes cast against participating labor organization(s)    0
7. Number of Valid votes counted (sum 3, 4, 5, and 6)    46
8. Number of challenged ballots    2
9. Number of Valid votes counted plus challenged ballots (sum of 7 and 8)    48
10. Challenges are (not) sufficient in number to affect the results of the election.
11. A majority of the valid votes counted plus challenged ballots (Item 9) has (×) been cast for    Union de Tronquistas

For the Regional Director  _[signature]_

The undersigned acted as authorized observers in the counting and tabulating of ballots indicated above. We hereby certify that the counting and tabulating were fairly and accurately done, that the secrecy of the ballots was maintained, and that the results were as indicated above. We also acknowledge service of this tally.

For  PAN AMERICAN GRAIN MANUFACTURING, CO. INC.  _[signature]_

For  UNION DE TRONQUISTAS DE PUERTO RICO, LOCAL 901, INTERNATIONAL BROTHERHOOD OF TEAMSTERS  _[signature]_

For  CONGRESO DE UNIONES INDUSTRIALES DE PUERTO RICO  _[signature]_