

# UNIÓN DE TRONQUISTAS DE PUERTO RICO
## TEAMSTERS LOCAL UNION NO. 901

Puerto Rico and Virgin Islands
Afiliada a la International Brotherhood of Teamsters
352 Calle Del Parque, San Juan, PR 00912
Tel. (787) 721-8980   Fax (787) 724-2190   E.Mail: union.pr@tronquista901.com

---

**Junta de Directores**

**Argenis Carrillo Ramos**
Secretario Tesorero

**Humberto Negrón**
Presidente

**Joel Sierra**
Vice Presidente

**Mariela Torres**
Secretaria de Actas

**Síndicos**

**Yomar Pietri**
**René Valle**
**Reynaldo Torres**

**VIA EMAIL**

13 de mayo de 2024

Barbara Bravo
Pan American Grain

**Re: Visita a las facilidades**

Estimada señora Bravo:

La presente tiene como propósito solicitarle la entrada a las instalaciones de Pan American Grain para ver las mismas y al personal unionado.

Espero su pronta atención.

Atentamente,

Rafael Rivera
Representante