**Exhibit 6**

## COLLAZO CONCEPCIÓN & COLLAZO
9 CLAUDIA STREET - SUITE 301
AMELIA INDUSTRIAL PARK
GUAYNABO, PUERTO RICO 00968
TELEPHONE (787) 753-8585
TELECOPIER (787) 753-5278

AGUSTÍN COLLAZO
E-Mail: acollazo@aclawoffice.com
DIR: (787)-781-9214

May 7, 2024

David Cohen, Esq.
Regional Director
National Labor Relations Board
Subregion 24
Tampa, Fl

Re: Unión de Tronquistas de Puerto Rico, Local 901
    International Brotherhood of Teamsters
    Case 12-RC-329670

Dear Mr. Cohen:

Our client, Pan American Grain Manufacturing Co. Inc. (Pan American), is facing a critically dangerous situation because of the Region's inexplicable delay in processing the results of the election held on December 21, 2023, in the above captioned case. The election was held under the supervision of the NLRB and without any of the participants alleging unfair labor practices in the voting process. The votes were counted on that same day and the results reflected that an overwhelming majority of the employees favored the challenging union over the incumbent. After that election exercise, silence was the response to any query addressed to the Region's officials.

On May 2, 2024, Pan American received a letter (copy enclosed) from the Teamsters Union threatening to declare a strike against the mill if Pan American does not agree to meet and commence negotiation of a collective bargaining agreement. A strike would force us to file a charge against the Teamsters and ask the Board to file a 10(J)-injunction request in federal court. During the time it takes to process all that, the employees

David Cohen, Esq.
National Labor Relations Board
Page 2

would suffer financial and emotional harm. Additionally, this would force Pan American to commence its relationship with the Teamsters as antagonists in case they are finally certified.

More than four (4) months have elapsed since the votes were tallied. We have been appraised of the fact that the attorneys in the Region have concluded the investigation and have submitted the report to your office in expectation of a final signature. As an officer of the National Labor Relations Board, you have an obligation to uphold and implement the law within reason; prolonged delays do not serve justice.

Pan American's employees and management deserve a final decision which will put an end to the uncertainty which is beginning to erode the relationship between all parties with interest.

Your prompt compliance with what we consider your obligation to decide with dispatch and diligence will be appreciated.

Cordially,

Agustin Collazo



# UNIÓN DE TRONQUISTAS DE PUERTO RICO
## TEAMSTERS LOCAL UNION NO. 901
Puerto Rico and Virgin Islands
Afiliada a la International Brotherhood of Teamsters
352 Calle Del Parque, San Juan, PR 00912
Tel. (787) 721-8980   Fax (787) 724-2190   E.Mail: union.pr@tronquista901.com

---

**Junta de Directores**

**Argenis Carrillo Ramos**
Secretario Tesorero

**Humberto Negrón**
Presidente

**Joel Sierra**
Vice Presidente

**Mariela Torres**
Secretaria de Actas

**Síndicos**

**Yomar Pietri**
**René Valle**
**Reynaldo Torres**

2 de mayo de 2024

**VIA E.MAIL**

Barbara Bravo
Pan American Grain

Email. B.bravo@panamericangrain.com

Estimada señora Bravo:

La presente tiene como propósito solicitarle reconocimiento a la luz del caso 12- RC-329670 donde la Union de Tronquistas prevaleció abrumadoramente.

Nos hacemos disponible el próximo 16 y 17 en el lugar de su preferencia para comenzar las negociaciones.

Quiero ser meridianamente claro en nuestras posturas, y es que aunque entendemos que el patrono espera por una certificación, no existe un impedimento para comenzar las negociaciones del convenio colectivo.

De ustedes diferir de nuestra interpretación no nos quedaría otro remedio que comenzar una huelga de reconocimiento.

Espero que puedan entender lo delicado de esta situación e informarle que este próximo sábado comenzaremos nuestros proceso internos para la huelga.

Espero podamos resolver y cualquier duda se pueden comunicar con quien suscribe.

Atentamente,

*Argenis Carrillo*
Argenis Carrillo
Secretario Tesorero