Exhibit 7

## COLLAZO CONCEPCIÓN & COLLAZO
9 CALLE CLAUDIA SUITE 301
AMELIA INDUSTRIAL PARK
GUAYNABO, PUERTO RICO 00968
TELEPHONE (787) 753-8585
TELECOPIER (787) 753-5278

AGUSTÍN COLLAZO
E-Mail: acollazo@aclawoffice.com

May 16, 2024

David Cohen, Esq.
Regional Director
National Labor Relations Board
Subregion 24
Tampa, Fl

Re: Unión de Tronquistas de Puerto Rico, Local 901
    International Brotherhood of Teamsters
    Case 12-RC-329670

Dear Mr. Cohen:

This is further to my letter of May 6, 2024, in which I expressed the very serious problem Pan American Grain Manufacturing Co, Inc., is facing as a consequence of the election held at its plant on November 21, 2023. We have not received a response to our letter. Also, many months have passed without receiving a final decision from your office, and now, to the continued discord among employees at the plant, the Teamsters are adding fuel to the fire.

The Teamsters leadership has informed us that they continue to meet with the employees outside the plant and have their full support. This leads to an obvious acceptance by the employees that they are members of that union and a keen desire to commence negotiations.

As you are aware, we have been threatened with a strike and now, the Teamsters are insistently requesting we allow them to visit the plant and meet with the employees. According to the them, this last request comes about at the insistence of the employees, who are quite aware of the results of the election. Enclosed is the last letter received from the union. (Translation provided).

David Cohen, Esq.
National Labor Relations Board
Page 2

The Teamsters do not enjoy the benefit of a certification from the Board. In fact, the Board's attorneys have expressed that it continues to recognize the incumbent as the legitimate representative of the employees. On the other hand, the company is certain that if it allows the Teamsters to visit the plant and meet with the employees, the incumbent will undoubtedly file a charge at the Board which, contrary to this case, you will process against the company without delay.

We wish to find relief for the employees from the problems we are facing daily. Every day that passes without receiving a decision from your office leads us deeper into a quagmire which is not of our making. I urge you to make a final decision in this case, so that the employees, the company and the two unions may receive an answer and finalize this controversy.

Cordially,

Agustín Collazo

enclosures



# UNIÓN DE TRONQUISTAS DE PUERTO RICO
# TEAMSTERS LOCAL UNION NO. 901
Puerto Rico and Virgin Islands
Afiliada a la International Brotherhood of Teamsters
352 Calle Del Parque, San Juan, PR 00912
Tel. (787) 721-8980   Fax (787) 724-2190   E.Mail: union.pr@tronquista901.com

**Junta de Directores**

**Argenis Carrillo Ramos**
Secretario Tesorero

**Humberto Negrón**
Presidente

**Joel Sierra**
Vice Presidente

**Mariela Torres**
Secretaria de Actas

**Síndicos**

Yomar Pietri
René Valle
Reynaldo Torres

**VIA EMAIL**

13 de mayo de 2024

Barbara Bravo
Pan American Grain

**Re: Visita a las facilidades**

Estimada señora Bravo:

La presente tiene como propósito solicitarle la entrada a las instalaciones de Pan American Grain para ver las mismas y al personal unionado.

Espero su pronta atención.

Atentamente,

Rafael Rivera
Representante

Traducción de carta de Rafael Rivera de los Tronquistas

VIA EMAIL

May 13, 2024

Barbara Bravo

Pan American Grain

RE: Visit to facilities

Dear Ms. Bravo:

The purpose of this letter is to request entrance to the Pan American Grain installations to see them and the organized personnel.

Awaiting your prompt attention.

Cordially,

Rafael Rivera

Representative