**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| PAN AMERICAN GRAIN MANUFACTURING, Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, Defendant. | CIVIL NO. 24-1274 (SCC) |

### ORDER FOR INITIAL SCHEDULING CONFERENCE

An Initial Scheduling Conference ("ISC") and Settlement Conference before U.S. Magistrate Judge Héctor Ramos Vega is set for October 7, 2024, at 10:00am in Chambers.

Motions to continue or reschedule the ISC will not be considered unless the moving counsel first contact all other attorneys and certifies at least three proposed alternative dates when all parties will be available.

The parties shall hold a Fed. R. Civ. P. 26(f) planning conference. Thereupon, the parties shall file a joint ISC Memorandum by September 27, 2024. The same shall specifically address and/or include the following:

1. Each party's theory of the case.
2. The applicable law.
3. Jurisdictional issues.
4. Framing of stipulations concerning factual admissions and documents.

5. Certify that each party has complied with the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1).

6. Certify that the parties have addressed any electronic discovery issues, see Fed. R. Civ. P. 26(a)(1)(B); 26(f)(3) and (4), and submit any proposed agreement(s) under these rules.

7. A joint proposed discovery timetable.

8. Inform of any and all related cases filed in federal and/or Commonwealth Court by petitioner, even if invoking different parties. This shall include the caption and number of cases. This requirement must be complied with even if counsel in the related cases is different.

9. Any other matters deemed important to the case.

At the scheduling conference, counsel shall attend fully prepared to discuss all other matters outlined in Local Rule 16(a).

Upon meeting with counsel, the court shall approve and/or modify the proposed discovery timetable, which shall become final and binding upon all parties. Modifications thereto may not be unilaterally made by counsel, but rather must be approved by the court, upon finding of good cause, preferably as the result of a joint request. Discovery impasses may only be brought to the assigned court's attention upon compliance with Local Rule 26(b).

The court shall further set a dispositive motions deadline. In the absence of a court order, the filing of dispositive motions will not automatically suspend the deadlines and directives set in this order.

The above directives are intended to assist the parties, counsel and court in the most effective litigation of this case. These are hence, of strict compliance. Failure to fully comply with the above directives shall result in the appropriate sanction(s).

This order is issued pursuant to Fed. R. Civ. P. 16 and Local Rule 16.

**IT IS SO ORDERED**

In San Juan, Puerto Rico this 10th day of September 2024.

<u>S/Héctor L. Ramos-Vega</u>
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE